JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Daniel Blankenship, | Case No.: 2:12-cv-03494-PA-SP |
| Plaintiff, | **ORDER** |
| vs. | |
| Midland Credit Management, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 23, 2012

_____
Judge: Honorable Percy Anderson